Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX ZAROUR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LISA JOHNSON MANDELL'S AT HOME IN HOLLYWOOD, an unknown entity; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR**<br>**1. DIRECT COPYRIGHT INFRINGEMENT**<br><br><u>Jury Trial Demanded</u> |

Plaintiff Alex Zarour, through counsel, hereby prays to this honorable Court for relief based on the following:

**<u>JURISDICTION AND VENUE</u>**

1.    This action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.*

2.    This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.      Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

## PARTIES

4.      Alex Zarour ("Zarour") is a professional photographer residing in Los Angeles County, CA. Zarour specializes in photographing architecture and interior design.

5.      Defendant Lisa Johnson Mandell's At Home In Hollywood ("AHIH") is a business entity, the legal form and status of which is currently unknown to Zarour. Based on information and belief, AHIH owns, operates, and/or controls the commercial website *www.athomeinhollywood.com* ("AHIH's Website") and does business in and with this judicial district.

6.      Defendants DOES 1 through 10 (collectively, "DOE Defendants") (altogether with AHIH, the "Defendants"), are other parties not yet identified who are responsible in some manner for the occurrences herein alleged, and that Zarour's damages as herein alleged were proximately caused by the conduct of said Defendants. The true names, whether corporate, individual or otherwise, of DOE Defendants are presently unknown to Zarour, which therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.   On information and belief, Zarour alleges that each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of Zarour's rights and the damages to Zarour proximately caused thereby.

///

2

COMPLAINT

## CLAIMS RELATING TO THE SUBJECT PHOTOGRAPHS

8. Zarour is a professional architectural and interior design photographer whose business consists, in part, of capturing photographs of luxury real estate and celebrity homes and licensing the rights to reproduce and distribute those photographs.

9. Zarour took and exclusively owns 45 original photographs registered with the United States Copyright Office under U.S. Copyright Reg. Nos VA0002320705, VA0002320844, VA0002321339, VA0002322128, and VA0002322426 (collectively, the "Subject Photographs"). True and correct copies of the Subject Photographs are set forth in **Exhibit A**.

10. On or around September 28, 2022, Zarour registered the following eleven (11) photographs with the United States Copyright Office (Registration No. VA0002320705):

- 5672 Valley Oak – virtuallyherestudios.com-1.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-5.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-11.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-18.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-23.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-45.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-51.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-74.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-80.jpg;
- 5672 Valley Oak – virtuallyherestudios.com-89.jpg; and
- 5672 Valley Oak – virtuallyherestudios.com-97.jpg (collectively, the "Valley Oak Images").

11. On or around September 19, 2022, Zarour registered the following five (5) photographs with the United States Copyright Office (Registration No. VA0002320844):

- 7139 Birdview – virtuallyherestudios.com-10.jpg;
- 7139 Birdview – virtuallyherestudios.com-41.jpg;
- 7139 Birdview – virtuallyherestudios.com-53.jpg;
- 7139 Birdview – virtuallyherestudios.com-57.jpg; and
- 7139 Birdview – virtuallyherestudios.com-59.jpg (collectively, the "Birdview Images").

12.    On or around October 4, 2022, Zarour registered the following two (2) photographs with the United States Copyright Office (Registration No. VA0002321339):

- 1188 Hillcrest – virtuallyherestudios.com-7.jpg; and
- 1188 Hillcrest – virtualyherestudios.com-12.jpg (collectively, the "Hillcrest Images").

13.    On or around October 5, 2022, Zarour registered the following twelve (12) photographs with the United States Copyright Office (Registration No. VA0002322128):

- 3295 Bennett Dr – virtuallyherestudios.com-5.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-13.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-16.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-23.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-33.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-35.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-46.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-54.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-61.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-62.jpg;
- 3295 Bennett Dr – virtuallyherestudios.com-65.jpg; and
- 3295 Bennett Dr – virtuallyherestudios.com-70.jpg (collectively, the "Bennett Dr Images").

4

COMPLAINT

14.    On or around October 5, 2022, Zarour registered the following eight (8) photographs with the United States Copyright Office (Registration No. VA0002322128):

- 7031 Woodrow Wilson Dr – virtuallyherestudios.com-1.jpg;
- 7031 Woodrow Wilson Dr – virtuallyherestudios.com-3.jpg;
- 7031 Woodrow Wilson Dr – virtuallyherestudios.com-4.jpg;
- 7031 Woodrow Wilson Dr – virtuallyherestudios.com-7.jpg;
- 7031 Woodrow Wilson Dr – virtuallyherestudios.com-15.jpg;
- 7031 Woodrow Wilson Dr – virtuallyherestudios.com-25.jpg;
- 7031 Woodrow Wilson Dr – virtuallyherestudios.com-27.jpg; and
- 7031 Woodrow Wilson Dr – virtuallyherestudios.com-31.jpg (collectively, the "Woodrow Wilson Dr Images").

15.    On or around October 9, 2022, Zarour registered the following seven (7) photographs with the United States Copyright Office (Registration No. VA0002322426):

- 9551 Oak Pass – virtuallyherestudios.com-1.jpg;
- 9551 Oak Pass – virtuallyherestudios.com-18.jpg;
- 9551 Oak Pass – virtuallyherestudios.com-19.jpg;
- 9551 Oak Pass – virtuallyherestudios.com-22.jpg;
- 9551 Oak Pass – virtuallyherestudios.com-26.jpg;
- 9551 Oak Pass – virtuallyherestudios.com-39.jpg; and
- 9551 Oak Pass – virtuallyherestudios.com-47 (collectively, the "Oak Pass Images").

16.    Following the publication and display of the Subject Photographs, AHIH displayed, published, reproduced, created derivative works of, distributed, and/or otherwise used copies of the Subject Photographs for commercial purposes, including, without limitation, by posting the Subject Photographs online on AHIH's Website for AHIH's commercial benefit without Zarour's authorization or

consent (collectively, the "Accused Posts"). True and correct copies of screen captures of the Accused Posts are set forth in **Exhibit A**.

17.   On or around April 20, 2020, AHIH used the Bennett Dr Images at the following URL: https://athomeinhollywood.com/2020/04/20/l-a-home-once-owned-by-mark-ruffalo-and-zooey-deschanel-is-on-the-market-again/

18.   On or around August 27, 2020, AHIH used the Woodrow Wilson Dr Images at the following URL: https://athomeinhollywood.com/2020/08/27/famous-l-a-boathouse-finds-a-new-captain-in-less-than-2-weeks/.

19.   On or around March 24, 2021, AHIH used the Hillcrest Images at the following URL: https://athomeinhollywood.com/2021/03/24/avengers-endgame-director-anthony-russo-relists-historic-pasadena-mansion-for-6m/

20.   On or around October 24, 2022, AHIH used the Birdview Images at the following URL: https://athomeinhollywood.com/2022/10/24/marvelous-in-malibu-marmol-radziner-designed-compound-available-for-28-5m/

21.   On or around November 12, 2022, AHIH used the Oak Pass Images at the following URL: https://athomeinhollywood.com/2022/11/12/lizzo-buys-harry-styles-house/

22.   On or around March 27, 2023, AHIH used the Valley Oak Images at the following URL: https://athomeinhollywood.com/2023/03/27/simon-helberg-mansion/

23.   At no point did AHIH ever receive authorization or consent from Zarour for its exploitation of the Subject Photographs.

24.   To the extent that AHIH exploited the Subject Photographs on AHIH's Website more than three years before the filing of this case, Zarour did not know, and had no reason to know, of such exploitation(s).

25.   On or around December 2, 2025, Zarour sent a letter to AHIH demanding that it cease-and-desist from its unauthorized commercial use of the

Subject Photographs in the Accused Posts. The parties were unable to resolve this dispute.

### FIRST CLAIM FOR RELIEF

**(For Copyright Infringement - Against All Defendants, and Each)**

26.   Zarour repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

27.   The Subject Photographs are original works of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States' copyright laws (17 U.S.C. § 101 *et seq*.).

28.   Zarour owns valid copyrights in the Subject Photographs, having registered the Subject Photographs with the United States Copyright Office.

29.   Defendants, and each of them, had access to the Subject Photographs, including on Zarour's website, on third-parties' websites, through those who were authorized licensees of the Subject Photographs, and/or through Internet search engine.

30.   Defendants, and each of them, stored, copied, displayed, published, reproduced, created derivative works of, distributed, and/or otherwise used the Subject Photographs without license, authorization, or consent from Zarour.

31.   Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Zarour's rights, such that said acts of copyright infringement were willful, intentional, malicious, and/or taken with reckless disregard for Zarour's rights.

32.   Due to Defendants' (and each of their) acts of copyright infringement, Zarour has suffered general and special damages in an amount to be established at trial.

33.   Due to Defendants' (and each of their) acts of copyright infringement, Defendants, and each of them, have obtained direct and indirect profits they would

not otherwise have realized but for their infringement of Zarour's rights in the Subject Photographs. As such, Zarour is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Zarour's rights in the Subject Photographs in an amount to be established at trial.

34. Alternatively, to the extent applicable under 17 U.S.C. § 412, Zarour is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Zarour will make its election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Zarour prays for judgment as follows against all Defendants and with respect to each claim for relief:

a. That Zarour be awarded Defendants' (and each of their) profits, plus Zarour's losses, attributable to Defendants' infringements of the Subject Photographs, the exact sum to be proven at the time of trial; or, if elected, statutory damages as available under the statutes set forth above, to the extent that they are available;

b. That Zarour be awarded its costs and fees under the statutes set forth above;

c. That Zarour be awarded its costs and attorneys' fees to the extent that they are available under the Copyright Act 17 U.S.C. § 101 et seq.;

d. That Zarour be awarded pre-judgment interest as allowed by law;

e. That Zarour be awarded such further legal and equitable relief as the Court deems proper.

Zarour demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.


Dated: April 22, 2026                    DONIGER/BURROUGHS

                                 By:    /s/ *Stephen M. Doniger*
                                        Stephen M. Doniger, Esq.
                                        Nelson A. Campbell, Esq.
                                        *Attorneys for Plaintiff*

COMPLAINT